Nos. 251 and 252. SMITH v. UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Henry E. Kahn* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller* and *Mahlon D. Kiefer* for the United States.

No. 255. IHRIE v. REICHELDERFER ET AL. October 17, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. George C. Gertman* for petitioner. *Messrs. William W. Bride, Vernon E. West,* and *Francis H. Stephens* for respondents.

No. 256. WINNE ET AL., RECEIVERS, v. SILBERBERG. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Merritt Lane* for petitioners. *Mr. Samuel Kaufman* for respondent.

No. 257. R. L. HEFLIN, INC. v. UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Court of Claims denied. *Mr. Wm. S. Hammers* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Mr. Erwin N. Griswold* for the United States.

No. 258. JOHNSON v. UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Herman L. Arterberry* for petitioner. *Solicitor General Thacher* and